UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RACHEL GENARO-MEZA, | Civil No. 3:19-cv-05594-RAJ |
| Plaintiff, | |
| vs. | ~~Proposed~~ ORDER OF REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to reconsider the medical opinions of record, including those of J.M. Paterno, M.D., and Joy Ruiz Molleston, M.D.; reconsider Plaintiff's symptom testimony and third party statements; reassess Plaintiff's residual functional capacity assessment; and, if

ORDER OF REMAND -
Page 1 - [3:19-cv-05399-DWC]

warranted, reassess steps four and five of the sequential evaluation process with the assistance of a vocational expert.

Upon proper application, the Court will consider whether reasonable attorney fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 18th day of December 2019.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov

ORDER OF REMAND -
Page 2 - [3:19-cv-05399-DWC]