UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RACHEL GENARO-MEZA, | Civil No. 3:19-cv-05594-RAJ |
| Plaintiff, | ~~Proposed~~ |
| vs. | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this __18th__ day of December 2019.

UNITED STATES DISTRICT JUDGE

JUDGMENT -
Page 1 - [3:19-cv-05399-DWC]