U.S. DISTRICT JUDGE RICHARD A. JONES

1

2

3

4

5

6

7

8

9        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
10                AT SEATTLE

11  RACHEL GENARO-MEZA,              )
                                     )   CIVIL NO. 3:19-cv-05594-RAJ
12          Plaintiff,               )
                                     )   ~~PROPOSED~~ ORDER
13          vs.                      )
                                     )
14  COMMISSIONER OF SOCIAL SECURITY, )
                                     )
15                                   )
            Defendant                )
16                                   )
                                     )
17

18      This matter comes before the Court on the parties' stipulated motion for attorney's

19  fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412

20      The motion is timely as Plaintiff had a 60-day appeal period, plus the 30-day

21  period in §2412(d)(1)(B), from the entry of final judgment on December 19, 2019, to file

22  a timely EAJA application. *Akopyan v. Barnhart,* 296 F.3d 852 (9th Cir. 2002);

23  *Melkonyan v. Sullivan,* 501 U.S. 89, 94-96 (1991); FED. R. App. P. 4(a). Furthermore,

24

25

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org

upon review of the stipulation and the record, the Court determines that Plaintiff is the prevailing party, the government's position was not substantially justified, and that the itemization of attorney time spent is reasonable. In short, the requirements of § 2412(d)(1)(B) are met.

Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion and awards Plaintiff $3830.40 in attorney's fees, subject to any offset allowed under the Treasury Offset Program. *See Astrue v. Ratiff,* 560 U.S. 586, 589 – 590 (2010). Payment of EAJA fees shall be sent to Plaintiff's attorney: David Oliver & Associates, 2608 South 47th Street, Suite C, Tacoma, WA 98409. Pursuant to *Ratliff*, the award shall be payable to Plaintiff's attorneys, David Oliver & Associates, if the Commissioner confirms that Plaintiff owes no debt to the Government through the Federal Treasury Offset program.

For the foregoing reasons, Plaintiff's stipulated motion for attorney fees is GRANTED.

Dated this the 9th day of March, 2020.

The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER FOR EAJA FEES - 2

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org