UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL GENARO-MEZA,<br><br>     Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Civil No. 3:19-cv-05594-RAJ<br><br>[PROPOSED] ORDER |

Based on Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) and Defendant's response, it is hereby ORDERED that Plaintiff's counsel, David P. Oliver, is allowed to receive attorney fees in the amount of $7,014.69, pursuant to 42 U.S.C. § 406(b)(1)(A). Previously, this Court awarded fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $3,830.40. The amount of $7,014.69 in past-due benefits withheld by the agency in anticipation of an order under 42 U.S.C. 406(b)(1)(A), less an administrative assessment pursuant to 42 U.S.C. 406(d), may be payable and mailed to David P. Oliver, 2608 South 47th Street, Suite C, Tacoma,

Page 1     PROPOSED ORDER - [3:19-cv-05594-RAJ]

WA 98409. Withheld funds in excess of $7,014.69, if any, may be released to the claimant.

DATED this 20th day of January, 2022.

_____
The Honorable Richard A. Jones
United States District Judge